UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 9, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GERARDO ZUNIGA,<br><br>　　　　Defendant. | Case No.  2:25-mj-00082-SCR<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  GERARDO ZUNIGA,

Case No.  2:25-mj-00082-SCR , Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

　　　　Release on Personal Recognizance

　　　　Bail Posted in the Sum of $ _____

　**x**　Secured Appearance Bond $  100,000.00 in the property equity of Jorge Iniguez

　　　　Appearance Bond with 10% Deposit

　　　　Appearance Bond with Surety

　　　　Corporate Surety Bail Bond

　**x**　(Other):  Delayed release at 9:00 AM on 6/10/2025 and must directly report to Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 following release and comply with conditions as stated on the record.

Issued at Sacramento, California on June 9, 2025, at 10:30 AM.

By: _/s/ Sean C. Riordan_

Magistrate Judge Sean C. Riordan